## LILLIAN PHILLIPS v. CLYDE PHILLIPS.

(Filed 9 March, 1955.)

APPEAL by defendant from *Nettles, J.,* at October Term 1954, of RUTHERFORD.

Civil action for divorce from bed and board on ground of abandonment, G.S. 50-7.1, heard, after due notice, upon application of plaintiff for alimony *pendente lite,* G.S. 50-15. Upon the pleadings and affidavit filed the court found facts, and made an allotment.

Defendant appeals therefrom to Supreme Court, and assigns error.

*A. Clyde Tomblin for Plaintiff, Appellee.*
*Hamrick & Hamrick for Defendant, Appellant.*

PER CURIAM. Perusal of the record of case on appeal reveals (1) evidence sufficient to support the findings of fact made by the court, and (2) facts found sufficient to support the allotment of alimony. No error appears therein. Hence, judgment on facts found is

Affirmed.

BARNHILL, C. J., and DEVIN, J., took no part in the consideration or decision of this case.